# United States Bankruptcy Court
## Eastern District of New York

In re **Mehadrin Kosher Poultry LLC**                                     Case No. **12-41802 (NHL)**
                                                  Debtor(s)               Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................... $ **N/A**
    Prior to the filing of this statement I have received ........................................................ $ **8,500.00**
    Balance Due ........................................................................................................ $ **N/A**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
    ☐ Debtor       ☒ Other (specify): **Abraham Weider**

4. The source of compensation to be paid to me is:
    ☐ Debtor       ☒ Other (specify): **Abraham Weider**

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Representation of the debtor at the meeting of creditors, and any adjourned hearings thereof; and
    b. All other work as is necessary or requested by the debtor's members in connection with this Chapter 7 case.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 31, 2012**                    */s/ Scott S. Markowitz*
                                                                                    Scott S. Markowitz
                                                                                    Tarter Krinsky & Drogin LLP
                                                                                    1350 Broadway
                                                                                    11thFloor
                                                                                    New York, NY 10018
                                                                                    (212) 216-8000  Fax: (212) 216-8001
                                                                                    smarkowitz@tarterkrinsky.com